PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

Southern District of Mississippi

*SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 29 2021
ARTHUR JOHNSTON
BY_____ DEPUTY*

UNITED STATES OF AMERICA

v.

Stephen Buckley a/k/a "Lil Steve"

Crim. No. 2:16CR23KS-MTP-001

On _____11/11/2018_____ the above named was placed on probation/supervised release for a period of ___6___ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

*Amanda C. Pierce*

U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __28th__ day of __January__, __2021__.

*[signature]*

United States District Judge